■ James R. Gibson et al., Plaintiffs, v Worthington Division of McGraw-Edison Company, Defendant. Worthington Division of Cooper Industries, Inc., Formerly Worthington Division of McGraw-Edison Company, Third-Party Plaintiff-Appellant, v Edward M. Ziegler Co., Inc., Third-Party Defendant-Respondent. (Appeal No. 2.)—Order unanimously af-

firmed without costs. Same memorandum as in *Gibson v Worthington Div.* ([appeal No. 1] 168 AD2d 935 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Fudeman, J.—partial summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.